IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE RANSOM,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

Civil Action No. 05-1114
Judge Lancaster
Magistrate Judge Caiazza

**ORDER**

AND NOW this 22nd day of Dec, 2005, it is hereby ORDERED that the above claim is dismissed with prejudice.

_____
United States District Judge